RECEIVED
APR 29 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CYNTHIA ANDERSON | CIVIL ACTION NO. 07-2115 |
| VS. | SECTION P |
| CORNEL HUBERT, WARDEN | CHIEF JUDGE HAIK |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Claim One (venue) and Claim Three (jury instruction) of the instant petition for writ of *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** in accordance with Rule 4 of the Rules Governing Section 2254 Cases in the District Courts since it plainly appears that petitioner is not entitled to relief.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 28th day of April, 2008.

RICHARD T. HAIK, SR.
CHIEF JUDGE

COPY SENT:
DATE: 4/29/08
BY: ght
TO: RTH